**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COUNTY OF DELAWARE, PENNSYLVANIA, | : No. 172 MM 2020 |
| | : |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PENNSYLVANIA, | : |
| | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW,** this 30th day of November, 2020, the Application for Leave to File Original Process is **GRANTED**. The Emergency Application for Writ of Prohibition is **DENIED**, and the Emergency Application for Stay is **DENIED** as moot.